# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

**Plaintiff (s):** **Peter Sherman**

County of Residence: Maricopa

County Where Claim For Relief Arose: Maricopa

Plaintiff's Atty(s):

**Ty D Frankel , Attorney**
**Bonnett Fairbourn Friedman & Balint, P.C.**
**2325 E. Camelback Road, Suite 300**
**Phoenix, Arizona  85016**
**602-274-1100**

**Patricia N. Syverson**
**Bonnett Fairbourn Friedman & Balint, P.C.**
**600 W. Broadway, Suite 900**
**San Diego, California  92101**
**619-756-7748**

**Defendant (s):** **Plains All American GP LLC**

County of Residence: Outside the State of Arizona

Defendant's Atty(s):

---

II. Basis of Jurisdiction:    **3. Federal Question (U.S. not a party)**

III. Citizenship of Principal Parties **(Diversity Cases Only)**

Plaintiff:- **N/A**

Defendant:- **N/A**

IV. Origin :    **1. Original Proceeding**

**710 Fair Labor Standards Act**

V. Nature of Suit:

VI. Cause of Action:      **29 USC §§ 201-219 violation of Fair Labor Standards Act for failure to pay overtime wages; A.R.S. §§ 23-351-353, and 23-355 violation of Arizona Wage Statute, for failure to pay wages due**

VII. Requested in Complaint

        Class Action: **Yes**

        Dollar Demand:

        Jury Demand: **Yes**

VIII. This case **is not related** to another case.

---

**Signature:** <u>Ty D. Frankel</u>

      **Date:** <u>6/9/17</u>

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

Revised: 01/2014