# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Peter Sherman, | No. CV-17-01798-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| Plains All American GP LLC, | |
| Defendant. | |

The Court, having reviewed the parties' Stipulation of Dismissal with Prejudice (Doc. 38) and good cause appearing,

**IT IS HEREBY ORDERED** that this action is dismissed in its entirety with prejudice as to Plaintiff and Opt-In Plaintiffs and without prejudice to the claims of any other individual, with the parties to bear their own costs and attorney's fees except as otherwise expressly agreed.

Dated this 27th day of August, 2018.

_____
Honorable G. Murray Snow
United States District Judge